PROB 12C - (Rev. D/NM-8/2014)                                                                                          1508711

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Jose Sainz |
| Docket Number: | 1084 1:17CR03606-001JCH |
| Assigned Judge: | Honorable Judith C. Herrera, United States District Court Judge |
| Date of Original Sentence: | 2011-11-21 |
| Original Offense: | 21 U.S.C. 952 and 21 U.S.C. 960: Importation of Methamphetamine |
| Original Sentence: | BOP: 96 months; TSR: 5 years |
| Date Supervision Commenced: | 05/12/2017 |
| Date Supervision Expires: | 05/11/2022 |
| Other Court Action: | None |

## PETITIONING THE COURT

To issue a summons.

U.S. Probation Officer of the Court, Sharla M. Koch, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SC | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | On December 31, 2018, the Rio Rancho Police Department responded to the defendant's home regarding an alleged domestic dispute between him and his girlfriend. It was reported the defendant had barricaded himself in their home. The defendant eventually surrendered to the responding officers and he was observed to be visibly intoxicated. There was no evidence of a domestic dispute, thus the defendant was not arrested. |

The maximum statutory penalty: 5 years imprisonment; 5 years to life supervised release.
The revocation range of imprisonment: 6 to 12 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 01/03/2019.

Submitted:                                          Approved:                           ☒ Phone Approval

_____                     _____
Sharla M. Koch                                      Jack E. Burkhead
U.S. Probation Officer                              Supervising Assistant U.S. Attorney

                                                    Date: 01/03/2019