IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         CR 17-3606 JCH

JOSE SAINZ,

    Defendant.

## ORDER HOLDING PETITION IN ABEYANCE AND MODIFYING CONDITIONS OF RELEASE

**THIS MATTER** is before the Court upon the violation of supervised release hearing held February 20, 2019. The Court having considered all relevant information in this matter, chooses not to revoke Defendant's conditions of supervision and will hold the petition in abeyance for a period of 2 months. The Defendant's conditions of supervised release shall be amended to include all previously imposed conditions of supervision and the following additional conditions:

    1. Defendant must not use or possess alcohol

    2. Defendant must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic cathinones, etc.) that impair your physical or mental functioning, whether or not intended for human consumption.

    3. Defendant must not allow his cousin, Jordi Cochran Sosa to reside in his residence. The defendant must obtain prior approval from the Probation Office prior to allowing anyone to move into his residence.

**IT IS SO ORDERED.**

                                                _____
                                                JUDITH C. HERRERA, U.S. DISTRICT JUDGE